STUART F. DELERY
Assistant Attorney General, Civil Division
GLENN GIRDHARRY
Senior Litigation Counsel
LANA L. VAHAB (DC Bar No. 97620)
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4067
Email: lana.vahab@usdoj.gov

*Attorneys for Defendants*

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 12 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| RIGHT CLICK SYSTEMS LLC | ) No. 8:13-cv-01096-R-FFM |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING ) STIPULATION TO DISMISS CASE |
| v. | ) |
| JANET NAPOLITANO, *Secretary of Homeland Security*; ALEJANDRO MAYORKAS, *Director, United States Citizenship and Immigration Services* | ) |
| Defendants. | ) Hon. Manuel Real |

Pursuant to stipulation, IT IS HEREBY ORDERED that pursuant to the parties joint stipulation, the case is dismissed with prejudice with each side to bear their own costs and fees.

DATED: March 12, 2014.

_____
UNITED STATES DISTRICT JUDGE